United States District Court
Southern District of Texas
**ENTERED**
March 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MICAELA ALVARADO, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-00360 |
| | § | |
| THE BANK OF NEW YORK MELLON, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO DISMISS

Upon consideration of Plaintiffs' Unopposed Motion to Dismiss (Dkt. No. 8), the Court hereby **ORDERS** that the Motion is **GRANTED** and this action is **DISMISSED** without prejudice.

SO ORDERED March 28, 2022, at McAllen, Texas.

Randy Crane
United States District Judge